**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYDIA HADLEY, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>JEFFREY CHAUDHARI, M.D., et al.,<br><br>           Defendants. | Case No. 1:19-cv-01395-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 7) |

On October 25, 2019, Plaintiffs filed a "Notice of Dismissal of Entire Action Without Prejudice Pursuant to Federal Rules of Civil Procedure 41 (a) or (c)" in which Plaintiffs notify the Court of the dismissal without prejudice of Plaintiffs' claims against Defendants. (Doc. 7.) Plaintiffs filed this notice before any of the Defendants served either an answer or a motion for summary judgment. Thus, Plaintiffs have voluntarily dismissed their claims without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: __**October 29, 2019**__          _____/s/ *Sheila K. Oberto*_____

                                          UNITED STATES MAGISTRATE JUDGE